[No. 16655-1-II.   Division Two.   September 7, 1995.]

*In the Matter of the Marriage of* ALAN P. KEGEL, *Appellant*, v. CAROL E. KEGEL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-3-02926-1, Waldo F. Stone, J., entered October 23, 1992. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.


[No. 16853-7-II.   Division Two.   September 7, 1995.]

JOSEPH MERINO, ET AL., *Respondents*, v. HARRY BACCHUS, *Defendant*, BARBARA L. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-00644-8, David E. Foscue, J., entered January 25, 1993. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Morgan, J.


[No. 17446-4-II.   Division Two.   September 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TED ALLEN CORNWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00222-7, James Warme, J., entered August 12, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Morgan, J.